# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON KETCHUM, | Case No.: ~~1~~ **3**:25-cv-05614-EMC |
| Plaintiff, | ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: September 30, 2025

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

-1-